UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SAMUEL TERRELL,**

    **Plaintiff,**

**vs.**                                                          **CASE NO.: 1:16-cv-03879-CAP**

**ARROW, INC., d/b/a ARROW WASTE, a Georgia for Profit Corporation, and CHARLES D. THOMSON, JR., Individually,**

    **Defendants.                           /**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, SAMUEL TERRELL, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files his Notice of Voluntary Dismissal With Prejudice against Defendants.

**FONT CERTIFICATION**

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing pleading was prepared using Times New Roman, 14-point font.

Dated this **29th day of March, 2017**.

Respectfully submitted,

                                            **s/ CARLOS V. LEACH**
                                            Carlos V. Leach, Esquire
                                            GA Bar No.: 488443
                                            MORGAN & MORGAN, P.A.
                                            191 Peachtree Street NE.
                                            P.O. Box 57007
                                            Atlanta, GA  30303
                                            Telephone: (404) 965-8811
                                            Facsimile: (404) 965-8812
                                            E-mail:  cleach@forthepeople.com
                                            Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **29th of March, 2017**, a true and correct copy of the foregoing was filed using the CM/ECF filing system. I further certify that I sent the copy of the foregoing Notice of Voluntary Dismissal with Prejudice and the Notice of the electronic filing by first class mail and email to the following non-CM/ECF participant: Margaret Head, Esquire, Cohen & Caproni, LLC, 750 Hammond Drive, Building 7, Suite 200, Atlanta, Georgia 30328, email: mhead@cohenandcaproni.com, defense counsel.

                                            **s/ CARLOS V. LEACH**
                                            Carlos V. Leach, Esquire